**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vijaya Mrinalini Gera |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: Eastern District of Texas District of

Case number  26-40504-BTR-13
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 1,744,460.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 49,700.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 1,794,160.00 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 1,367,831.17 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 274,670.00 |
| Your total liabilities | $ 1,642,501.17 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 6,021.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 6,695.79 |

Debtor 1    <u>Vijaya Mrinalini Gera</u>      Case number (if known) <u>26-40504-BTR-13</u>
      First Name    Middle Name      Last Name

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ <u>5,876.00</u>

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                Total claim

From Part 4 on *Schedule E/F*, copy the following:

9a. Domestic support obligations (Copy line 6a.)      $ <u>0.00</u>

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)      $ <u>0.00</u>

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      $ <u>0.00</u>

9d. Student loans. (Copy line 6f.)      $ <u>0.00</u>

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)      $ <u>0.00</u>

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)      + $ <u>0.00</u>

9g. **Total.** Add lines 9a through 9f.      $ <u>0.00</u>

---

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**      page 2 of 2

Print      Save As...      Add Attachment      Reset

B6A (Official Form 6A) (12/07)

In re **Vijaya Mrinalini Gera** ,                    Case No. **26-40504-BTR-13**
_____                              _____
                   **Debtor**                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 220 Cove Drive, Coppell, TX 75019 (Primary Residence / Homestead) | Fee Simple / Primary Resid | N | 596,700.00 | $453,847.17 |
| 321 Pepperwood St, Coppell, TX 750 (Rental Property) | Fee Simple / Rental Proper | N | 402,550.00 | $339,146.00 |
| 212 Leisure Lane, Coppell, TX 7501 (Rental Property) | Fee Simple / Rental Proper | N | 365,870.00 | $306,372.00 |
| 991 Redcedar Way, Coppell, TX 750 (Rental Property) | Fee Simple / Rental Proper | N | 379,340.00 | $268,466.00 |
| | | Total▶ | 1,744,460.00 | |

(Report also on Summary of Schedules.)

Reset                                    Save As...          Print

In re Vijaya Mrinalini Gera                                    ,          Case No. 26-40504-BTR-13
          Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking – acct ending 8712: $14 RBFCU checking – acct ending 3165: $12,000.00 RBFCU savings – acct ending 3008: $2,000.00 | N | 28,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | None | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings, appliances, and goods | | 1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | None | | 0.00 |
| 6. Wearing apparel. | | Clothing and wearing apparel | | 500.00 |
| 7. Furs and jewelry. | X | None | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | None | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | None | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | None | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | None | | 0.00 |

In re Vijaya Mrinalini Gera _____,     Case No. 26-40504-BTR-13 _____
             **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | None | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | None | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | None | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | None | | 0.00 |
| 16. Accounts receivable. | X | None | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | None | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Expected federal and state tax refund (2025 tax ye | | 12,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | None | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | None | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | None | | 0.00 |

In re Vijaya Mrinalini Gera _____,    Case No. 26-40504-BTR-13 _____
           **Debtor**                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | None | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | None | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | None | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Personal vehicle (make/model/year) | | 7,000.00 |
| 26. Boats, motors, and accessories. | X | None | | 0.00 |
| 27. Aircraft and accessories. | X | None | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | X | None | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | None | | 0.00 |
| 30. Inventory. | X | None | | 0.00 |
| 31. Animals. | X | None | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | None | | 0.00 |
| 33. Farming equipment and implements. | X | None | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | Electronics (laptop, phone, tablet) | | 1,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | None | | 0.00 |

_____ continuation sheets attached    Total➤  |  $ 49,700.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

    

In re Vijaya Mrinalini Gera                                                  ,          Case No. 26-40504-BTR-13
_____
Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America checking – acct ending 8712: $14 RBFCU checking – acct ending 3165: $12,000.00 RBFCU savings – acct ending 3008: $2,000.00 | N | 28,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | None | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings, appliances, and goods | | 1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | None | | 0.00 |
| 6. Wearing apparel. | | Clothing and wearing apparel | | 500.00 |
| 7. Furs and jewelry. | X | None | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | None | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | None | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | None | | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | None | | 0.00 |

In re Vijaya Mrinalini Gera                                    ,          Case No. 26-40504-BTR-13
_____                                   _____
              Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | None | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | None | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | None | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | None | | 0.00 |
| 16. Accounts receivable. | X | None | | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | None | | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Expected federal and state tax refund (2025 tax ye | | 12,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | None | | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | None | | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | None | | 0.00 |

In re Vijaya Mrinalini Gera _____ ,  Case No. 26-40504-BTR-13
         **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | None | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | None | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | None | | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Personal vehicle (make/model/year) | | 7,000.00 |
| 26. Boats, motors, and accessories. | X | None | | 0.00 |
| 27. Aircraft and accessories. | X | None | | 0.00 |
| 28. Office equipment, furnishings, and supplies. | X | None | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | None | | 0.00 |
| 30. Inventory. | X | None | | 0.00 |
| 31. Animals. | X | None | | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | None | | 0.00 |
| 33. Farming equipment and implements. | X | None | | 0.00 |
| 34. Farm supplies, chemicals, and feed. | | Electronics (laptop, phone, tablet) | | 1,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | None | | 0.00 |

_____ continuation sheets attached    Total▶ $ 49,700.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

 

**Fill in this information to identify your case:**

Debtor 1    Vijaya Mrinalini Gera
         First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Div.

Case number 26-40504-BTR-13
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own. Copy the value from Schedule A/B | Amount of the exemption you claim. Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 220 Cove Dri·<br>Line from Schedule A/B: 1.1 | $ 596,700.0 | ☐ $ 596,70(<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Const. Art. X<br>~~Tex. Prop. Code §~~ |
| Brief description: Household fu<br>Line from Schedule A/B: 6 | $ 1,000.00 | ☐ $ 1,000.C<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>~~§42.002\(a\)\(1\)~~ |
| Brief description: Personal Veh<br>Line from Schedule A/B: 3.1 | $ 7,000.00 | ☐ $ 7,000.C<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>~~§42.002\(a\)\(1\)~~ |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No
        ☐ Yes

Debtor 1   Vijaya Mrinalini Gera
First Name   Middle Name   Last Name
Case number (if known) 26-40504-BTR-13

| Part 2: | Additional Page |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics \(<br>Line from Schedule A/B: 7 | $1,000.00 | ☐ $1,000.0<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>§42.002\(a\)\(1\) |
| Brief description: Clothing and<br>Line from Schedule A/B: 11 | $500.00 | ☐ $500.00<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>§42.002\(a\)\(1\) |
| Brief description: Checking and<br>Line from Schedule A/B: 17 | $28,000.00 | ☐ $28,000.<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>§42.002\(a\) |
| Brief description: Expected fed<br>Line from Schedule A/B: 41 | $12,000.00 | ☐ $12,000.<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §<br>§42.002\(a\) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 2 of 1

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Vijaya Mrinalini Gera |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name   Middle Name   Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Divi.____

Case number  26-40504-BTR-13
(If known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Mr. Cooper / United
Creditor's Name
P.O. Box 619098
Number     Street

Dallas          TX 7526
City           State  ZIP Code

Describe the property that secures the claim:

Single-family residence:
212 Leisure Lane, Coppell,

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 306,372. Column B: $ 365,870. Column C: $ 0.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  01/01/:

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 1616

**2.2**

Mr. Cooper / United
Creditor's Name
P.O. Box 619098
Number     Street

Dallas          TX 7526
City           State  ZIP Code

Describe the property that secures the claim:

Single-family residence:
991 Redcedar Way Dr, Copp

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 268,466. Column B: $ 379,340. Column C: $ 0.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  01/01/:

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 9093

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 574,838.

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of ___

Debtor 1  Vijaya Mrinalini Gera
First Name   Middle Name   Last Name

Case number (if known) 26-40504-BTR-13

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**0.** PennyMac Loan Serv
Creditor's Name

P.O. Box 514387
Number      Street

Los Angeles CA 900515
City          State  ZIP Code

**Describe the property that secures the claim:**

Single-family residence:
321 Pepperwood St, Coppe

$ 339,146.  $ 119,215. $ 0.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) 402,550.00

Date debt was incurred 10/01/:     Last 4 digits of account number 6347 __ __

---

RBFCU \(Home Equit
Creditor's Name

Attn: Bankruptcy, P.
Number      Street

Universal C TX 7814
City          State  ZIP Code

**Describe the property that secures the claim:**

Home Equity Line of Credit
220 Cove Drive, Carrollton,

$ 596,700.  $ 596,700.00 $ 0.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred 10/01/:     Last 4 digits of account number 7716 __ __

---

Select Portfolio Serv
Creditor's Name

P.O. Box 6525
Number      Street

Salt Lake C UT 8416
City          State  ZIP Code

**Describe the property that secures the claim:**

Primary residence / homest
220 Cove Drive, Carrollton,

$ 334,632.  $ 596,700. $ 0.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred 01/01/:     Last 4 digits of account number 6297 __ __

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 792,993.

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ 1,367,83

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor 1    Vijaya Mrinalini Gera
            First Name    Middle Name    Last Name

Case number (if known) 26-40504-BTR-13

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 4.1 | Ally Financial, Inc Attn: Bankruptcy, PO Box 380901 | | | On which line in Part 1 did you enter the creditor? 4.1 |
| | Name | | | Last 4 digits of account number 4 2 3 8 |
| | PO Box 380901 | | | |
| | Number        Street | | | |
| | Bloomington, | IL | 55438 | |
| | City | State | ZIP Code | |

| | Amex Correspondence/Bankruptcy | | | On which line in Part 1 did you enter the creditor? 4.2 |
| | Name | | | Last 4 digits of account number 9 0 9 3 |
| | PO Box 981535 | | | |
| | Number        Street | | | |
| | ElPaso, | TX | 79998 | |
| | City | State | ZIP Code | |

| Dal | Bank of America | | | On which line in Part 1 did you enter the creditor? 4.3 |
| | Name | | | Last 4 digits of account number 1 2 9 8 |
| | PO Box 15019 | | | |
| | Number        Street | | | |
| | Attn: Bankruptcy | | | |
| | Wilmington, | DE | 19886 | |
| | City | State | ZIP Code | |

| TX | Cenlar | | | On which line in Part 1 did you enter the creditor? 4.4 |
| | Name | | | Last 4 digits of account number 1616 __ __ |
| | 25 Phillips Blvd | | | |
| | Number        Street | | | |
| | Attn: Bankruptcy | | | |
| | Ewing | NJ | 08618 | |
| | City | State | ZIP Code | |

| 4.5 | Chase Card Services | | | On which line in Part 1 did you enter the creditor? 4.5 |
| | Name | | | Last 4 digits of account number 6 2 9 7 |
| | PO Box 15299 | | | |
| | Number        Street | | | |
| | Attn: Bankruptcy | | | |
| | Wilmington, | DE | 19850 | |
| | City | State | ZIP Code | |

| | Citibank | | | On which line in Part 1 did you enter the creditor? 4.6 |
| | Name | | | Last 4 digits of account number 3 9 2 1 |
| | P.O.BOX 790046 | | | |
| | Number        Street | | | |
| | Attn: Bankruptcy Dept, | | | |
| | St Louis | MO | 63179 | |
| | City | State | ZIP Code | |

Print    Save As    Add Attachment    Reset

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vijaya | Mrinalini | Gera |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Div.

Case number   26-40504-BTR-13
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Ally Financial, Inc. | Last 4 digits of account number  4  2  3  8      $_____ 0.00 $_____ $_____ |
| Priority Creditor's Name | |
| PO Box 380901 | When was the debt incurred?   10/01/2017 |
| Number        Street | |
| Attn: Bankruptacy | |
| Bloomington        IL      55438 | As of the date you file, the claim is: Check all that apply. |
| City            State    ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

**2.2**

| | |
|---|---|
| Amex Correspondence | Last 4 digits of account number  9  0  9  3      $_____ 0.00 $_____ 0.00 $_____ |
| Priority Creditor's Name | |
| PO Box 981535 | When was the debt incurred?   03/01/2017 |
| Number        Street | |
| Attn: Bankruptcy | |
| El Paso        TX      79998 | As of the date you file, the claim is: Check all that apply. |
| City            State    ZIP Code | ☐ Contingent |
| | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

Debtor 1   Vijaya    Mrinalini    Gera
           First Name  Middle Name  Last Name

Case number (if known) 26-40504-BTR-13

---

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3** Bank of America Attn: Bankruptcy, P.
Priority Creditor's Name

P.O.Box 15019
Number      Street

Attn: Bankruptcy

Wilmington, DE 1988 DE    19886
City              State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  1  2  9  8     $19,643.00   $_____   $_____

When was the debt incurred?   06/01/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

☐ Cenlar
Priority Creditor's Name

425 Phillips Blvd
Number      Street

Attn: Bankruptcy,

Ewing,              NJ    08618
City              State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  8  9  4  2     $____0.00   $_____   $_____

When was the debt incurred?   09/19/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

☐ Chase Card Services
Priority Creditor's Name

Attn: Bankruptcy
Number      Street

PO Box 15299

Wilmington, DE 1985 DE    19850
City              State       ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number  6  2  9  7     $____0.00   $_____   $_____

When was the debt incurred?   10/03/2017

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1** Citibank, Attn: Bankruptcy Dept,

Nonpriority Creditor's Name

Dept, P.O.BOX 790046

Number    Street

ST.Louis,    MO    63179

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  3  9  2  1

When was the debt incurred?  09/01/2018

$  715.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

**4.2** Discover Financial Attn: Bankruptcy,

Nonpriority Creditor's Name

PO Box 30943

Number    Street

Salt Lake City    UT    84130

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  4  6  1  2

When was the debt incurred?  09/01/2018

$  28,348.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

**4.3** Eastern Account System, Inc. Attn: Bankruptcy,

Nonpriority Creditor's Name

3 Corporate Drive

Number    Street

Danbury,    CT    06810

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  1  7  9  6

When was the debt incurred?  05/01/2025

$  750.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      Total claim

---

Loancare LLC Attn: Bankruptcy,
Nonpriority Creditor's Name

P.O.Box 8068
Number      Street

Virginia Beach      VA      23450
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  9  2  9  1      $ 0.00

**When was the debt incurred?**   04/01/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Mrc/United Wholesale M Attn: Bankruptcy,
Nonpriority Creditor's Name

P.O. Box 619098
Number      Street

Dallas      TX      75261
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  5  2  1  6      $ 0.00

**When was the debt incurred?**   09/01/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Ocwen Loan Servicing, LLC Attn. Bankruptcy,
Nonpriority Creditor's Name

1661Worthington Rd Ste 100
Number      Street

West Palm Beach      FL      33409
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  5  6  5  0      $ 0.00

**When was the debt incurred?**   10/01/2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Prime Lending
Name

18111 Preston Rd., Ste. 900
Number    Street

Attn Bankruptcy

Dallas      TX      75252
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _1_ _2_ _1_ _2_

---

Rocket Mortgage Attn: Bankruptcy,
Name

1050 Woodward Avenue
Number    Street

Attn: Bankruptcy

Detroit,      MI      48226
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _3_ _2_ _4_ _0_

---

Texas Trust Credit Union
Name

P.O.Box 2260
Number    Street

Attn: Bankruptcy

Mansfield,      TX      76063
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _0_ _0_ _0_ _1_

---

Wells Fargo Bank NA Attn: Bankruptcy,
Name

PO Box 393
Number    Street

Minneapolis,      MN      55480
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _0_ _0_ _2_ _4_

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Name

Number    Street

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one)*: ❑ Part 1: Creditors with Priority Unsecured Claims

❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

---

Debtor 1    Vijaya     Mrinalini     Gera
First Name     Middle Name     Last Name

Case 26-40504   Doc 18   Filed 03/17/26   Entered 03/17/26 15:13:27   Desc Main
Document   Page 20 of 47   Case number *(if known)* 26-40504-BIN-13

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**     6a.   $_____

6b. **Taxes and certain other debts you owe the government**     6b.   $_____

6c. **Claims for death or personal injury while you were intoxicated**     6c.   $_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.     6d.   + $_____

6e. **Total.** Add lines 6a through 6d.     6e.   $_____

**Total claim**

**Total claims from Part 2**

6f. **Student loans**     6f.   $_____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**     6g.   $_____

6h. **Debts to pension or profit-sharing plans, and other similar debts**     6h.   $_____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.     6i.   + $_____

6j. **Total.** Add lines 6f through 6i.     6j.   $_____

   

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | **Vijaya Mrinalini Gera** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse If filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Eastern District of Texas

Case number    **26-40504-BTR-13**
(If known)

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City          State    ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City          State    ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City          State    ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City          State    ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City          State    ZIP Code | |

Debtor 1  **Vijaya Mrinalini Gera**
First Name  Middle Name  Last Name

Case number *(if known)* __26-40504-BTR-13__



**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

2.2
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

2._
Name

Number      Street

City                    State      ZIP Code

Print      Save As...      Add Attachment      Reset

page ___ of ___

Official Form 106G      Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify your case:**

Debtor 1   Vijaya   Mrinalini   Gera
           First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Texas, Sherman Div.   ✪

Case number   26-40504-BTR-13
(If known)

☒ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☒ No

   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City              State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1: Your codebtor*

*Column 2: The creditor to whom you owe the debt*

Check all schedules that apply:

**3.1**

Name _____

Number   Street _____

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name _____

Number   Street _____

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**

Name _____

Number   Street _____

City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Vijaya Mrinalini Gera
Debtor 1 _____
First Name    Middle Name    Last Name

Case number *(if known)*_____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**3.__**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

   

Official Form 106H    Schedule H: Your Codebtors    page ____ of ____

**Fill in this information to identify your case:**

Debtor 1 _____
     First Name         Middle Name        Last Name

Debtor 2   Vijaya Mrinalini Gera
(Spouse, if filing)  First Name        Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Software Professional | |
| **Employer's name** | Horizon Soft Solutions | |
| **Employer's address** | 25329 Budde Road, Suite 503<br>Number  Street | Number  Street |
| | Spring     TX   77380<br>City     State  ZIP Code | City    State  ZIP Code |
| **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 8,480.00 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 8,480.00 | $_____ |

Debtor 1 _____   Case number *(if known)*_____
First Name        Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.......................................................................→ | 4. | $ 8,480.00 | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,715.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. **Insurance** | 5e. | $ 744.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 2,459.00   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 6,021.00   $_____

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $_____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $_____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 6,021.00   + $_____   = $ 6,021.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12.   $ 6,021.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☐ Yes. Explain:   Yes. Debtor is actively pursuing loan modifications on multiple properties (SPS/Freddie Mac Flex

*In re: Vijaya Mrinalini Gera • Case No. 26-40504-BTR-13 • Chapter 13*

Vijaya Mrinalini Gera

Case No. 26-40504-BTR-13 | Chapter 13

# ATTACHMENT TO SCHEDULE I — OFFICIAL FORM 106I

## Rental Income Statement (Required per Line 8a)

### Summary

Debtor receives gross rental income from three rental properties located in Coppell, Texas. After payment of mortgage obligations, property taxes, insurance, and ordinary and necessary maintenance expenses, the rental properties currently operate at a net loss or break-even. Accordingly, no net rental income is available for purposes of Schedule I, Line 8a, and that line has been entered as $0.00.

### Gross Rental Income by Property

| Property | Servicer | Gross Monthly Rent | Monthly Mortgage | Net Income |
|---|---|---|---|---|
| 321 Pepperwood St Coppell, TX 75019 | PennyMac | $2,500.00 | $3,133.00 | ($633.00) |
| 212 Leisure Lane Coppell, TX 75019 | Mr. Cooper | $2,500.00 | $2,854.00 | ($354.00) |
| 991 Redcedar Way Dr Coppell, TX 75019 | Mr. Cooper / UWM | $2,500.00 | $1,740.43 | $759.57* |
| TOTAL | | $7,500.00 | $7,727.43 | ($227.43) |

*\* 991 Redcedar Way Dr is subject to a permanent loan modification at 3.87% fixed / 40 years. While this property shows a nominal gross surplus, the net figure is offset by property taxes, insurance, maintenance, and vacancy reserves, resulting in no usable net income.*

### Explanation of Net Loss / Break-Even Position

The mortgage obligations listed above do not include property taxes, insurance, maintenance and repair costs, or vacancy losses, all of which are ordinary and necessary expenses of operating residential rental properties. When those expenses are taken into account, the net income available from the rental portfolio is zero or negative.

Debtor is actively pursuing loss mitigation and loan modifications for PennyMac (321 Pepperwood St) and Mr. Cooper (212 Leisure Lane), which currently carry interest rates of approximately 7%. Upon approval of permanent modifications at reduced rates, the rental portfolio is expected to generate net positive income, which will improve the feasibility of the Chapter 13 Plan. Debtor will amend Schedule I and Schedule J as warranted upon finalization of those modifications.

*In re: Vijaya Mrinalini Gera • Case No. 26-40504-BTR-13 • Chapter 13*

**Loss Mitigation Status**

| Property | Servicer | Current Rate | Status |
|---|---|---|---|
| 220 Cove Drive (Homestead) | SPS / Freddie Mac | ~7% | Freddie Mac Flex Trial Modification — Active (Apr/May/Jun 2026) |
| 991 Redcedar Way Dr | Mr. Cooper / UWM | 3.87% fixed | Permanent Modification Approved — 40-year term |
| 321 Pepperwood St | PennyMac | ~7% | Loss Mitigation Pending |
| 212 Leisure Lane | Mr. Cooper | ~7% | Loss Mitigation Pending |

I declare under penalty of perjury that the foregoing rental income statement is true and correct to the best of my knowledge, information, and belief.

/s/ Vijaya Mrinalini Gera

**Vijaya Mrinalini Gera**

Debtor, *Pro Se*

220 Cove Drive, Coppell, TX 75019

Date: March 17, 2026

**Fill in this information to identify your case:**

Debtor 1    Vijaya Mrinalini Gera
First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of Texas
District of

Case number    26-40504-BTR-13
(If known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>❑ Not employed | ❑ Employed<br>❑ Not employed |
| **Occupation** | Software Professional | |
| **Employer's name** | Horizon Soft Solutions | |
| **Employer's address** | 25329 Budde Road, Suite 503<br>Number   Street | Number   Street |
| | Spring         TX      77380<br>City        State   ZIP Code | City             State   ZIP Code |
| **How long employed there?** | 1+ Year | 1+ Year |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $ 8,480.00 | $ |
| 3. Estimate and list monthly overtime pay. 3. | + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. 4. | $ 8,480.00 | $ |

Debtor 1    Vijaya Mrinalini Gera                                    Case number *(if known)* 26-40504-BTR-13
            First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................➔ | 4. | $ 8,480.00 | $ |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,715.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ |
| 5e. Insurance | 5e. | $ 744.00 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,459.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,021.00 | $ |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,021.00 + | $ = $ 6,021.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $ 6,021.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  Yes. Debtor is actively pursuing loan modifications on multiple properties (SPS/Freddie Mac Flex Modificat

*In re: Vijaya Mrinalini Gera* • *Case No. 26-40504-BTR-13* • *Chapter 13*

Vijaya Mrinalini Gera

Case No. 26-40504-BTR-13 | Chapter 13

# ATTACHMENT TO SCHEDULE I — OFFICIAL FORM 106I

## Rental Income Statement (Required per Line 8a)

**Summary**

Debtor receives gross rental income from three rental properties located in Coppell, Texas. After payment of mortgage obligations, property taxes, insurance, and ordinary and necessary maintenance expenses, the rental properties currently operate at a net loss or break-even. Accordingly, no net rental income is available for purposes of Schedule I, Line 8a, and that line has been entered as $0.00.

**Gross Rental Income by Property**

| Property | Servicer | Gross Monthly Rent | Monthly Mortgage | Net Income |
|---|---|---|---|---|
| 321 Pepperwood St Coppell, TX 75019 | PennyMac | $2,500.00 | $3,133.00 | ($633.00) |
| 212 Leisure Lane Coppell, TX 75019 | Mr. Cooper | $2,500.00 | $2,854.00 | ($354.00) |
| 991 Redcedar Way Dr Coppell, TX 75019 | Mr. Cooper / UWM | $2,500.00 | $1,740.43 | $759.57* |
| TOTAL | | $7,500.00 | $7,727.43 | ($227.43) |

*\* 991 Redcedar Way Dr is subject to a permanent loan modification at 3.87% fixed / 40 years. While this property shows a nominal gross surplus, the net figure is offset by property taxes, insurance, maintenance, and vacancy reserves, resulting in no usable net income.*

**Explanation of Net Loss / Break-Even Position**

The mortgage obligations listed above do not include property taxes, insurance, maintenance and repair costs, or vacancy losses, all of which are ordinary and necessary expenses of operating residential rental properties. When those expenses are taken into account, the net income available from the rental portfolio is zero or negative.

Debtor is actively pursuing loss mitigation and loan modifications for PennyMac (321 Pepperwood St) and Mr. Cooper (212 Leisure Lane), which currently carry interest rates of approximately 7%. Upon approval of permanent modifications at reduced rates, the rental portfolio is expected to generate net positive income, which will improve the feasibility of the Chapter 13 Plan. Debtor will amend Schedule I and Schedule J as warranted upon finalization of those modifications.

## Loss Mitigation Status

| Property | Servicer | Current Rate | Status |
|---|---|---|---|
| 220 Cove Drive (Homestead) | SPS / Freddie Mac | ~7% | Freddie Mac Flex Trial Modification — Active (Apr/May/Jun 2026) |
| 991 Redcedar Way Dr | Mr. Cooper / UWM | 3.87% fixed | Permanent Modification Approved — 40-year term |
| 321 Pepperwood St | PennyMac | ~7% | Loss Mitigation Pending |
| 212 Leisure Lane | Mr. Cooper | ~7% | Loss Mitigation Pending |

I declare under penalty of perjury that the foregoing rental income statement is true and correct to the best of my knowledge, information, and belief.

/s/ Vijaya Mrinalini Gera

**Vijaya Mrinalini Gera**

Debtor, *Pro Se*

220 Cove Drive, Coppell, TX 75019

Date: March 17, 2026

Fill in this information to identify your case:

Debtor 1    Vijaya Mrinalini Gera
      First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number   26-40504-BTR-13
(If known)

**Check if this is:**

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

**1. Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Daughter | 18 | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
| --- | --- | --- |
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,595.79 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 80.00 |

Debtor 1    Vijaya Mrinalini Gera _____    Case number (if known)_26-40504-BTR-13_
            First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** |  |  |
| 6a.  Electricity, heat, natural gas | 6a. | $ 500.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ 200.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 220.00 |
| 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,050.00 |
| 8. **Childcare and children's education costs** | 8. | $ 350.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 220.00 |
| 10. **Personal care products and services** | 10. | $ 150.00 |
| 11. **Medical and dental expenses** | 11. | $ 200.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 450.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a.  Life insurance | 15a. | $ 0.00 |
| 15b.  Health insurance | 15b. | $ 0.00 |
| 15c.  Vehicle insurance | 15c. | $ 180.00 |
| 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** |  |  |
| 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.  Other. Specify:_____ | 17c. | $ 0.00 |
| 17d.  Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* |  |  |
| 20a.  Mortgages on other property | 20a. | $ 0.00 |
| 20b.  Real estate taxes | 20b. | $ 0.00 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   Vijaya Mrinalini Gera _____          Case number (*if known*) 26-40504-BTR-13 _____
     First Name    Middle Name    Last Name

21.  **Other.** Specify: Education/College Support _____          21.   +$ 250.00 _____

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                      22a.  $ 6,695.79 _____

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  $ 0.00 _____

   22c. Add line 22a and 22b. The result is your monthly expenses.     22c.  $ 6,695.79 _____

23.  **Calculate your monthly net income.**

   23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.  $ 6,021.00 _____

   23b.  Copy your monthly expenses from line 22c above.              23b.  − $ 6,695.79 _____

   23c.  Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*                 23c.  $ -674.79 _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.
   ☐ Yes.   Explain here: Debtor is currently operating with a temporary monthly deficit due to elevated housing obligation



| Fill in this information to identify your case: | | | Check as directed in lines 17 and 21: |
| --- | --- | --- | --- |

**Fill in this information to identify your case:**

Debtor 1    Vijaya Mrinalini Gera
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   Eastern District of Texas

Case number   26-40504-BTR-13
(If known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1: Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $4876.00 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include paymen'   $7,500.00 | | $0.00 | $_____ |
| 4. **All amounts from any source which are regularly paid for h**   $6,500.00 **you or your dependents, including child support.** Include reg____ _____   **$1,000.00** an unmarried partner, members of your household, your dependents, parents, a   **$1,000.00** roommates. Do not include payments from a spouse. Do not include payments listed on line 3. | | $0.00 | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $0.00 | $____ | | |
| Ordinary and necessary operating expenses | – $0.00 | – $____ | | |
| Net monthly income from a business, profession, or farm | $____ | $____ | Copy here ➡ $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $2916.00 | $____ | | |
| Ordinary and necessary operating expenses | – $0.00 | – $____ | | |
| Net monthly income from rental or other real property | $____ | $____ | Copy here ➡ $2916.00 | $_____ |

Debtor 1 __Vijaya Mrinalini Gera__   Case number (if known) __26-40504-BTR-13__
    First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $_____ |
| 8. **Unemployment compensation** | $ 0.00 | $_____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..................... ↓

For you ............................................................ $_____

For your spouse ................................................. $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ $ 0.00    $_____

_____ $ 0.00    $_____

Total amounts from separate pages, if any. + $ 0.00    + $_____

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

**$5,876.00**  7792.00  +  **$5,876.00**  =  $7792.00

**Total average monthly income**

---

| Part 2: | **Determine How to Measure Your Deductions from Income** | **$5,876.00** |

12. **Copy your total average monthly income from line 11.** .............................. $ 7792.00

13. **Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each p  **$5,876.00**
list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____ $_____

_____ $_____

_____ + $_____

Total ................................................ $ 0.00  Copy here ➡  — 0.00

14. **Your current monthly income.** Subtract the total in line 13 from line 12. $ 7792.00

Debtor 1    <u>Vijaya Mrinalini Gera</u>    Case number *(if known)* <u>26-40504-BTR-13</u>

First Name    Middle Name    Last Name

---

15. **Calculate your current monthly income for the year.** Follow these steps:     **$5,876.00**

   15a. Copy line 14 here ➡ ........................................................................................ $ <u>7792.00</u>

      Multiply line 15a by 12 (the number of months in a year).       **x**   12

                                       **$70,512.00**

   15b. The result is your current monthly income for the year for this part of the form. ..................... $ <u>93504.00</u>

---

16. **Calculate the median family income that applies to you.** Follow these steps:

   16a. Fill in the state in which you live.      <u>TX</u>

   16b. Fill in the number of people in your household.      <u>2</u>

   16c. Fill in the median family income for your state and size of household. ....................... $ <u>104000.00</u>
      To find a list of applicable median income amounts, go online using the link specified in the separate
      instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

   17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

   17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3:   Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18. **Copy your total average monthly income from line 11.** ........................... **$5,876.00**    $ <u>7792.00</u>

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.
   19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................... **$5,876.00**    ............... – $ <u>0.00</u>

   19b. **Subtract line 19a from line 18.**      $ <u>7792.00</u>

20. **Calculate your current monthly income for the year.** Follow these steps:    **$5,876.00**

   20a. Copy line 19b. ................................................................................................. $ <u>7792.00</u>

      Multiply by 12 (the number of months in a year).      **$70,512.00**    **x**   12

   20b. The result is your current monthly income for the year for this part of the form.      $ <u>93504.00</u>

   20c. Copy the median family income for your state and size of household from line 16c. ............... $ <u>104000.00</u>

21. **How do the lines compare?**

   ☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

   ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1    <u>Vijaya Mrinalini Gera</u>                           Case number *(if known)* <u>26-40504-BTR-13</u>
            First Name      Middle Name        Last Name

---

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**✗**                       **✗**

Signature of Debtor 1                                    Signature of Debtor 2

Date <u>03/17/26</u>                                      Date _____
     MM / DD / YYYY                                            MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

[Print]   [Save As]   [Add Attachment]                              [Reset]

---

Official Form 122C–1      **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**      page 4

**Fill in this information to identify your case:**

Debtor 1    Vijaya Mrinalini Gera
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name            Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number  26-40504-BTR-13
(If known)

☐ Check if this is an amended filing

## Official Form 122C-2
# Chapter 13 Calculation of Your Disposable Income                04/25

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:    Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6–15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6–15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1–4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**
   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   2

   **National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.    $ 1,481.0

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1   Vijaya Mrinalini Gera
First Name   Middle Name   Last Name

Case number (if known) 26-40504-BTR-13

**People who are under 65 years of age**

7a. Out-of-pocket health care allowance per person  $ 84.00

7b. Number of people who are under 65   x 2

7c. Subtotal. Multiply line 7a by line 7b.   $ 168.00   Copy here ➡   $ 168.00

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person  $ 0.00

7e. Number of people who are 65 or older   x 0

7f. Subtotal. Multiply line 7d by line 7e.   $ 0.00   Copy here ➡   + $ 0.00

7g. **Total.** Add lines 7c and 7f. ..................................................   $ 168.00   Copy here ➡ .......   $ 168.00

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

■ **Housing and utilities – Insurance and operating expenses**
■ **Housing and utilities – Mortgage or rent expenses**

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $ 771.00

9. **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $ 2,500.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
| --- | --- |
| Select Portfolio Servicing | $ 2,595.79 |
| RBFCU HELOC | $ 1,834.00 |
| | + $ |
| 9b. Total average monthly payment | $ 4,429.79 |

Copy here ➡   – $ 4,429.79   Repeat this amount on line 33a.

9c. Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.   $_____   Copy here ➡ .......   $_____

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**   $ 4,429.79

Explain why: _____

Debtor 1 __Vijaya Mrinalini Gera__   Case number *(if known)* 26-40504-BTR-13
        First Name   Middle Name   Last Name

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.
☐ 1. Go to line 12.
☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   $ 320.00

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**   **Describe Vehicle 1:** 2019 Toyota Camry

13a. Ownership or leasing costs using IRS Local Standard ......................................   $ 662.00

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| | $ 0.00 |
| | + $ 0.00 |

Total average monthly payment   $ 0.00   Copy here ➡   — $ 0.00   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. ...........   $_____   Copy net Vehicle 1 expense here ➡   $_____

**Vehicle 2**   **Describe Vehicle 2:** 2nd vehicle

13d. Ownership or leasing costs using IRS Local Standard ...................................   $ 0.00

13e. Average monthly payment for all debts secured by Vehicle 2.
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| 0.00 | $ 662.00 |
| 0.00 | + $ 662.00 |

Total average monthly payment   $ 0.00   Copy here ➡   — $ 0.00   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from 13d. If this number is less than $0, enter $0. ...................   $_____   Copy net Vehicle 2 expense here ➡   $_____

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.**   $ 0.00

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.   $ 662.00

| Debtor 1 | Vijaya Mrinalini Gera | | Case number *(if known)* 26-40504-BTR-13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**Other Necessary Expenses**     In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes. Do not include real estate, sales, or use taxes.     $2,050.00

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.     $450.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

    Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.     $0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.     $0.00

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
    ■ as a condition for your job, or     $0.00
    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.     $0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

    Payments for health insurance or health savings accounts should be listed only in line 25.     $0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.     + $0.00

    Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
    Add lines 6 through 23.     $6,564.00

**Additional Expense Deductions**     These are additional deductions allowed by the Means Test.
*Note:* Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    | Health insurance | $0.00 |
    |---|---|
    | Disability insurance | $0.00 |
    | Health savings account | + $0.00 |
    | Total | $_____ |

    Copy total here ➡ ........................................................  $_____

    Do you actually spend this total amount?

    ☐ No. How much do you actually spend?
    ☑ Yes     $0.00

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).     $0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.     $0.00

    By law, the court must keep the nature of these expenses confidential.

Debtor 1   Vijaya Mrinalini Gera                                    Case number (if known) 26-40504-BTR-13
            First Name       Middle Name       Last Name

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.
If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8,
then fill in the excess amount of home energy costs.                                                                 $ 0.00
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount
claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more
than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a    $ 500.00
private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount
claimed is reasonable and necessary and not already accounted for in lines 6-23.

  * Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher   $ 0.00
than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more
than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate
instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial
instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).                            + $ 0.00
Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**                                                              $ 500.00
Add lines 25 through 31.

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle
loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due
to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  | Average monthly payment |
| --- | --- |
| **Mortgages on your home** | |
| 33a. Copy line 9b here ...... → | $ 4,429.79 |
| **Loans on your first two vehicles** | |
| 33b. Copy line 13b here. ...... → | $ 0.00 |
| 33c. Copy line 13e here. ...... → | $ 662.00 |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
| --- | --- | --- | --- |
| 321 Pepperwood - PennyMac | | ☐ No ☐ Yes | $ 0.00 |
| 212 Leisure Lane - Mr. Cooper | | ☐ No ☐ Yes | $ 0.00 |
| 991 Redcedar Way | 321 Pepperwood St, | ☐ No ☐ Yes | + $ 212 Leisure l |

33e. Total average monthly payment. Add lines 33a through 33d. ........   $ 991 Redced    Copy total here →   $ 991 Redced

Debtor 1    Vijaya Mrinalini Gera _____    Case number *(if known)* 26-40504-BTR-13

First Name    Middle Name    Last Name

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $ 12,157.22 |
| 12,157.22 | _____ | $_____ | ÷ 60 = + | $_____ |

Total    $_____    **Copy total here ➡**    $_____

**35. Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ................................. $ 500.00    ÷ 60    $50.00

**36. Projected monthly Chapter 13 plan payment**     $ 50.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.     x   0.10

Average monthly administrative expense     $ 12,207.22    **Copy total here ➡**    $12,207.22

**37. Add all of the deductions for debt payment. Add lines 33e through 36.**     $ 6,564.00

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ................. $ 6,564.00

Copy line 32, *All of the additional expense deductions* ................. $ 500.00

Copy line 37, *All of the deductions for debt payment* ................. + $ 6,564.00

Total deductions ................. $ 500.00    **Copy total here ➡**    $500.00

| Debtor 1 | Vijaya Mrinalini Gera | | | Case number (if known) 26-40504-BTR-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. **Copy your total current monthly income** from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.* ....................................... $ 6,564.00

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.          $ 5,876.00

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).          $ 0.00

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here ...........➔ $ 500.00

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $ 0.00 |
| _____ | $ 19,271.22 |
| _____ | + $ 0.00 |
| Total | $ 0.00  Copy here ➔  + $ 0.00 |

44. **Total adjustments.** Add lines 40 through 43. ................................................................. $ 0.00  Copy here ➔  − $ 0.00

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.          $ -688.00

## Part 3:   Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C–1  ☐ 122C–2 | ___ | -688.00 | 0.00 | ☐ Increase  ☐ Decrease | $ 0.00 |
| ☐ 122C–1  ☐ 122C–2 | Selec | _____ | 19,271.22 | ☐ Increase  ☐ Decrease | $ 0.00 |
| ☐ 122C–1  ☐ 122C–2 | RBF( | _____ | _____ | ☐ Increase  ☐ Decrease | $ _____ |
| ☐ 122C–1  ☐ 122C–2 | ___ | _____ | _____ | ☐ Increase  ☐ Decrease | $ _____ |

Official Form 122C-2                Chapter 13 Calculation of Your Disposable Income                page 7

Debtor 1   Vijaya Mrinalini Gera
           First Name        Middle Name        Last Name

Case number *(if known)* 26-40504-BTR-13

## Part 4:   Sign Below

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✘ <u>Vijaya Mrinalini Gera</u>

Signature of Debtor 1

✘ _____

Signature of Debtor 2

Date <u>03/17/2026</u>
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

      



Official Form 122C-2          **Chapter 13 Calculation of Your Disposable Income**          page 8